# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2006

131763

METROPOLITAN GROUP PROPERTY &
CASUALTY INSURANCE COMPANY,
     Plaintiff-Appellant,

v

GARY T. PRATT, Trustee of the AUGUSTUS
V. PRATT TRUST, and Personal Representative
of the ESTATE OF AUGUSTUS V. PRATT,
     Defendant-Appellee.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131763
COA: 267444
Wayne CC: 05-508805-CK

On order of the Court, the application for leave to appeal the June 20, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2006

_____
Clerk

t1218